Form 210A (10/06)

# United States Bankruptcy Court

Alabama-Middle-Montgomery

In re ALBERT JACKSON,   Case No. 08-80168

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Real Time Resolutions, Inc | EMC Mortgage Corp. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Real Time Resolutions, Inc
1750 Regal Row, Suite #120
Dallas, TX 75235

Phone: (214)599-6323
Last Four Digits of Acct #: 9441

Court Claim # (if known): 7

Amount of Claim: 27,078.93
Date Claim Filed: 3/14/2008

Phone: ( ) -
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):
Real Time Resolutions, Inc
PO Box 35888
Dallas, TX 75235

Phone:
Last Four Digits of Acct #: 9441

> I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Cynthia Allman__   Date: __12/22/2011__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.